1  Mike Arias, Esq. (CSB #115385)
   marias@aogllp.com
2  Mikael H. Stahle, Esq. (CSB #182599)
   mstahle@aogllp.com
3  ARIAS OZZELLO & GIGNAC LLP
   6701 Center Drive West, Suite 1400
4  Los Angeles, California 90045-1558
   Tel: (310) 670-1600
5  Fax: (310) 670-1231

6  Attorneys for Plaintiffs RAVEN DUDLEY and
   KAREN MARKEL
7

8  J. KEVIN LILLY, Bar No. 19981
   klilly@littler.com
9  SHANNON R. BOYCE, Bar No. 229041
   sboyce@littler.com
10 CARA SHERMAN, Bar No. 269343
   csherman@littler.com
11 LITTLER MENDELSON, P.C.
   2049 Century Park East
12 5th Floor
   Los Angeles, CA  90067.3107
13 Telephone:  310.553.0308
   Facsimile:   310.553.5583

14 Attorneys for Defendants
15 BROOKDALE SENIOR LIVING
   COMMUNITIES INC. AND BLC
   CHANCELLOR-LODI LH, LLC
16

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19

| RAVEN DUDLEY and KAREN MARKEL, on behalf of themselves and all others similarly situated, | Case No.  14-cv-2184 PSG (VBKx) |
|---|---|
|  | **PROTECTIVE ORDER** |
| Plaintiff, |  |
| v. |  |
| BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware corporation; BLC CHANCELLOR-LODI LH, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, |  |
| Defendants. |  |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

## ORDER

Pursuant to the Stipulation of the Parties, and for good cause appearing, the terms of the Parties' Stipulation for Protective Order are adopted by the Court. The Parties shall adhere to the terms of the Stipulation for Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED.**

DATED: July 18, 2014

/s/
_____
Honorable Victor B. Kenton
United States Magistrate Judge

Firmwide:127895392.1 051918.1103

TLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940