| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | J. KEVIN LILLY, Bar No. 119981<br>klilly@littler.com<br>SHANNON R. BOYCE, Bar No. 229041<br>sboyce@littler.com<br>LITTLER MENDELSON, P.C.<br>2049 Century Park East<br>5th Floor<br>Los Angeles, CA 90067.3107<br>Telephone: 310.553.0308<br>Facsimile: 310.553.5583 |
| | E-FILED 7/2/15<br>JS-6<br>**NOTE CHANGES MADE BY THE COURT** |

Attorneys for Defendants
BROOKDALE SENIOR LIVING COMMUNITIES INC. AND BLC CHANCELLOR-LODI LH, LLC

(*Counsel Continued On Next Page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVEN DUDLEY and KAREN MARKEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware corporation; and BLC CHANCELLOR-LODI LH, LLC, a Delaware limited liability company; and Does 2 through 10, inclusive.<br><br>Defendants. | Case No. 14-cv-2184 PSG (VBKx)<br><br>**STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITH PREJUDICE**; ORDER<br><br>**[F. R. CIV. P. RULE 41(A)(1)(II)]** |

1  MIKE ARIAS, Bar No. 115385
   MIKAEL H. STAHLE, Bar No. 182599
2  ARIAS, OZZELLO & GIGNAC LLP
   6701 Center Drive West, Suite 1400
3  Los Angeles, California 90045
   Telephone: (310) 670-1600
4  Facsimile: (310) 670-1231
   marias@aogllp.com
5  mstahle@aogllp.com

6  AMIR SALEHI, Bar No. 203193
   SALEHI & ASSOCIATES, P.C.
7  12400 Wilshire Blvd., Suite 1300
   Los Angeles, California 90025
8  Telephone:  (310) 820-3366
   Facsimile:  (310) 820-3361
9  amirs@lawyer.com

10 Attorneys for Plaintiffs
   RAVEN DUDLEY and KAREN MARKEL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

     IT IS HEREBY STIPULATED by and between Plaintiffs RAVEN DUDLEY and KAREN MARKEL and Defendants BROOKDALE SENIOR LIVING COMMUNITIES, INC. and BLC CHANCELLOR-LODI LH, LLC, through their respective counsel of record, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, because a settlement of the entire action has been reached between and among the parties and memorialized in a written settlement agreement, fully executed, the above-captioned action on file with the above-entitled Court in Case No. 14-cv-2184 PSG (VBKx) is voluntarily dismissed with prejudice in its entirety as against all Defendants, each party to bear its own respective costs of suit and attorneys' fees.

Dated: July 2, 2015

/S/ J. Kevin Lily
J. KEVIN LILLY
SHANNON R. BOYCE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
BROOKDALE SENIOR LIVING COMMUNITIES, INC., AND BLC CHANCELLOR-LODI LH, LLC

Dated: July 2, 2015

/S/ Mike Arias
MIKE ARIAS
MIKAEL H. STAHLE
ARIAS, OZZELLO & GIGNAC LLP
Attorneys for Plaintiffs
RAVEN DUDLEY AND KAREN MARKEL

Dated: July 2, 2015

/S/ Mike Arias
AMIR SALEHI
SALEHI & ASSOCIATES, P.C.
Attorneys for Plaintiffs
RAVEN DUDLEY AND KAREN MARKEL

**IT IS SO ORDERED.**

DATED: 7/6/15

_____
**U.S. DISTRICT JUDGE**

**ECF ATTESTATION**

    I, J. KEVIN LILLY, am the ECF User whose ID and password are being used to file this document. I hereby attest that MIKE ARIAS and AMIR SALEHI have concurred in this filing.

Dated: July 2, 2015

/S/ J. Kevin Lily
J. KEVIN LILLY
SHANNON R. BOYCE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
BROOKDALE SENIOR LIVING
COMMUNITIES, INC., AND BLC
CHANCELLOR-LODI LH, LLC

Firmwide:134472422.2 051918.1103